UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dewayne Keith Thompson**            **Docket No. 5:19-CR-59-1D**

## Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dewayne Keith Thompson, who, upon an earlier plea of guilty to Escape From Custody, in violation of 18 U.S.C. § 751(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 29, 2020, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Dewayne Keith Thompson was released from custody on June 13, 2020, at which time the term of supervised release commenced.

On August 31, 2020, a Violation Report was submitted after the defendant tested positive for marijuana use on August 27, 2020. The defendant was verbally reprimanded, counseled about his actions, and he was referred to substance abuse treatment at East Coast Counseling. The court agreed to continue supervision.

On October 6, 2020, a Violation Report was submitted after the defendant was arrested for the offense of Misdemeanor Breaking or Entering (20CR55598) on September 29, 2020, in Greenville, North Carolina. The court agreed to continue supervision pending disposition of the above-noted offense. This case remains pending in Pitt County District Court.

On February 5, 2021, a Violation Report was submitted after the defendant was cited for Driving with No Liability Insurance, Driving Without Registration (21CR70054), Speeding, and Driving with No Operators License (21CR700543) on January 7, 2021, Speeding and Driving a Vehicle with No Operators License (21CR700647), Driving or Allowing a Motor Vehicle to be Operated with No Registration, and Operating a Vehicle with No Insurance (21CR700648) on January 14, 2021, and Driving with No Operators License, Failure to Maintain Lane Control (21CR701078), No liability Insurance, and Driving or Allowing a Motor Vehicle to be Operated with No Registration (21CR701079) on January 22, 2021. The defendant was verbally reprimanded, instructed not to drive until properly licensed, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The undersigned probation officer requests that the defendant's judgment be amended to include his participation in a cognitive based therapy program to aid in his cognitive development and to support his successful completion of this term of supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Dewayne Keith Thompson
Docket No. 5:19-CR-59-1D
Petition for Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: April 15, 2021 |

### ORDER OF THE COURT

Considered and ordered this __16__ day of __April__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge