PROB 18
(REV. 8/2/2010)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division


RECEIVED NOV 29 2021
U.S. Marshals Service, EDNC

U.S.A. vs. Dewayne Keith Thompson

Case Number: 5:19-CR-59-D

TO: ¹U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

**NAME:**
Dewayne Keith Thompson

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| United States District Judge James C. Dever III | 4/29/2020 |

**TO BE BROUGHT BEFORE:**
Any US Magistrate Judge for Initial Appearance on Motion for Revocation of Supervised Release

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | [signature] | 11/29/2021 |

## RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 11/29/21 | 5/4/22 |

**EXECUTING AGENCY (NAME AND ADDRESS)**
USMS - Raleigh, NC

| NAME | BY | DATE |
|---|---|---|
| Marques Goodwin / DUSM | | 5/4/22 |

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

**FILED**

MAY 04 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK